## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  ANDREW K TRETTIN            )        Case No. 25 B 04988
                                 )
                                 )        Chapter 13
        Debtor(s)                )
                                 )        Judge: DONALD R CASSLING

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for July 17, 2025 10:00 am, for the following:

   Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Amend Part #5.1 pool needs to be $49,668 per 122C-2 and also check 3rd box.

   The Trustee requests proof of documentation of retirement loan, line #41 on 122C-2. Disposable income under 11 U.S.C. Section 1325(b) cannot be determined until this is resolved.

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: June 27, 2025                        /s/ Thomas H. Hooper
                                            Thomas H. Hooper
                                            Chapter 13 Trustee
                                            55 E. Monroe., Suite 3850
                                            Chicago, IL 60603
                                            (312) 294-5900

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  ANDREW K TRETTIN                         )        Case No. 25 B 04988
                                              )
                                              )        Chapter 13
                                              )
        Debtor(s)                             )
                                              )        Judge: DONALD R CASSLING

### CERTIFICATE OF SERVICE

I, Emily Baez, a non-attorney, do hereby certify that I am, and at all times hereinafter mentioned
was, more than eighteen (18) years of age; and that on the date indicated herein below, I served
copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by
depositing a copy of the same in a postage-paid envelope with the United States Postal Service or
by electronic means, as indicated.

CORBIN LAW FIRM LLC                                            (via CM/ECF)
*Attorney for Debtor*

Adam G. Brief                                                 (via CM/ECF)
Acting United States Trustee

ANDREW K TRETTIN                                       (via First Class Mail)
531 HARVEY AVE
DES PLAINES, IL 60016
*debtor*

Dated: June 27, 2025                                          /s/ Emily Baez

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900